*Claim Chart— US 11,468,984 B2 vs ScanWatch*

## 1. MAPPING CHART

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **Claim 1** A device for calculating a current load level of a user, comprising: | *Evidence discloses a ScanWatch (i.e., device) that monitors sleep score (here can be understood as load level) and displayed a score out of 100 on the Withings app which is used to identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels.*<br><br><br><br>**Source***: https://www.withings.com/mx/en/scanwatch* |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  |

Source*: https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep%*

Source*: https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health.<br><br>*Source:* https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |
| **1.1 A mobile end unit having:** | *Evidence discloses a ScanWatch (i.e., mobile end unit).*<br><br>ScanWatch is the first hybrid smartwatch to continuously scan vital parameters to detect heart health conditions and help improve overall fitness.<br><br>Developed with professionals from world-renowned institutions, ScanWatch boasts a medical-grade ECG, an oximeter for SpO2 measures, and an exceptional battery life of up to 30 days.<br><br>*Source:* https://www.withings.com/mx/en/scanwatch |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  ScanWatch (i.e., Mobile end unit)<br><br>**Source***: https://www.withings.com/mx/en/scanwatch* |
| **1.2 at least one signal data generating sensor integrated into the mobile end unit,** | *Evidence discloses a ScanWatch (i.e., mobile end unit) that uses Sp02 sensor and optical sensor.* |

Claim Chart – US 11,468,984 B2 vs ScanWatch

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **How does ScanWatch measure blood oxygen levels?**<br><br>ScanWatch is a real watch and also an activity and sleep tracker with ECG functionality. But it also offers blood oxygen as a metric. The ScanWatch SpO2 sensor is located under the body of the watch. It uses the principle of reflection. It emits and then absorbs a red light wave which it sends through the blood vessels in order to analyze the oxygen saturation in the user's blood. ScanWatch has an optical sensor that uses photoplethysmography (PPG) technology. It is based on an elementary principle: blood is red because it reflects red light. ScanWatch therefore uses red and infrared LEDs as well as light-sensitive photodiodes to detect the oxygen saturation in the blood of the veins crossing the wrist. A red LED and an infrared LED light up and radiate through your wrist. The ratio of red to infrared light passing through the ScanWatch photodiode indicates the percentage of oxygenated hemoglobin compared to the deoxygenated hemoglobin in your blood. This oxygen saturation in the blood is also called SpO2.<br><br>*Source:* https://blog.withings.com/2014/06/12/self-tracking-your-blood-oxygen-level-spo2-what-you-should-know/?_ga=2.200796334.1640634463.1634544343-2020872521.1634544343<br><br>ScanWatch uses a recreational SpO2 sensor featuring exclusive multi-wavelength technology, so you can record blood oxygen levels from your wrist in only 30 seconds. Also track episodes of breathing disturbances during sleep thanks to the Respiratory Scan Feature.<br><br>*Source:* https://www.withings.com/mx/en/scanwatch |
| **1.3  a plurality of available applications for use by the user**, and | *Evidence discloses a ScanWatch (i.e., mobile end unit) which automatically detect swimming, walking, running, cycling etc. and display notifications like incoming calls, text messages, calendar events, swimming, surf  (i.e., available  applications used by the user).* |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  Monitor Swimming <br><br> Source: https://www.withings.com/mx/en/scanwatch <br><br> **How can I track my swimming sessions?** <br> All you have to do is wear your ScanWatch while swimming. It will automatically detect that you're swimming and track your swim without any action required on your part. <br> A few requisites: <br><br> • You have to swim continuously for longer than 10 minutes. <br><br> • Only swimming activity is tracked. Other exercises performed in the pool, such as water aerobics, are not tracked. <br><br> • You have to be regular in your movements. For example, your swimming can be impacted if the pool is too crowded, which could, in turn, impact your results. <br><br> Source: https://support.withings.com/hc/en-us/articles/360009939817-ScanWatch-What-is-Swim-Tracking |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **Source:** https://support.withings.com/hc/en-us/articles/360010024338-ScanWatch-Which-activities-are-detected-by-my-watch- <br><br>  <br><br> **Source:** https://www.withings.com/mx/en/scanwatch <br><br>  <br><br> **Source:** https://www.withings.com/mx/en/scanwatch <br><br> *Evidence discloses a scanwatch (i.e., mobile end unit) which automatically detect swimming, walking, running, cycling etc. and display notifications like incoming calls, text messages, calendar events, swimming, surf  (i.e., available  applications used by the user).* |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **1.4 an evaluation unit provided in the mobile end unit or in a central server,** | *Evidence discloses a ScanWatch (i.e., mobile end unit) that scans vital parameters to detect heart health conditions and help improve overall fitness. The data collected by ScanWatch provided in the Withings app as a sleep score. Therefore, on information and belief, an evaluation unit is present in the scan watch (i.e., mobile end unit) for detection of health conditions.*<br><br><br><br>**Source***: https://www.withings.com/mx/en/scanwatch* |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  |

**Source*:* https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch

**Source*:* https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep%

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | ScanWatch is the first hybrid smartwatch to continuously scan vital parameters to detect heart health conditions and help improve overall fitness.<br><br>Developed with professionals from world-renowned institutions, ScanWatch boasts a medical-grade ECG, an oximeter for SpO2 measures, and an exceptional battery life of up to 30 days.<br><br>**Source:** https://www.withings.com/mx/en/scanwatch |
| **1.5 wherein:**<br><br>**the mobile end unit has a further application designed for calculating biometric data about the user, at least from the at least one signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user, and making the biometric data** | *Evidence discloses a ScanWatch (i.e., mobile end unit) having connectivity with the Withings app (i.e., application) designed for calculation of the biometric data related to the wearer which consists oxygen saturation in the blood (i.e., sensor data) produced by the optical sensor and user data from available applications, which can be applications like text messages, incoming calls, etc. By monitoring different sub scores on the Withings app it is easy to identify areas of improvement. Thus, on information and belief, this data is available to the evaluation unit for further evaluations.* |

*Claims Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **available to the evaluation unit,** | <br><br>*Source:* https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | Multiple sub scores shown by withings application<br><br><br><br>**Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **Heart:** The Heart sub-score tracks your cardiovascular health by analyzing your resting heart rate, your blood pressure, your vascular age and even your ECGs. It provides you with insights into your heart health and helps you take action to improve your cardiovascular fitness. By monitoring your Heart sub-score, you can lower your risk of heart disease, improve your endurance, and maintain a healthy heart.<br><br>**Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health.<br><br>**Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Scor |

Claim Chart - US11468984 B2 vs ScanWatch

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **How does ScanWatch measure blood oxygen levels?**<br><br>ScanWatch is a real watch and also an activity and sleep tracker with ECG functionality. But it also offers blood oxygen as a metric. The ScanWatch SpO2 sensor is located under the body of the watch. It uses the principle of reflection. It emits and then absorbs a red light wave which it sends through the blood vessels in order to analyze the oxygen saturation in the user's blood. ScanWatch has an optical sensor that uses photoplethysmography (PPG) technology. It is based on an elementary principle: blood is red because it reflects red light. ScanWatch therefore uses red and infrared LEDs as well as light-sensitive photodiodes to detect the oxygen saturation in the blood of the veins crossing the wrist. A red LED and an infrared LED light up and radiate through your wrist. The ratio of red to infrared light passing through the ScanWatch photodiode indicates the percentage of oxygenated hemoglobin compared to the deoxygenated hemoglobin in your blood. This oxygen saturation in the blood is also called SpO2.<br><br>Source: https://blog.withings.com/2014/06/12/self-tracking-your-blood-oxygen-level-spo2-what-you-should-know/?_ga=2.200796334.1640634463.1634544343-2020872521.1634544343 |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  Source: https://www.withings.com/mx/en/scanwatch |
| **1.6  wherein the biometric data from** | *Evidence discloses the optical sensor and SpO2 sensor produce the data related to the oxygen saturation in the blood and information of applications are defined in multiple sub scores (i.e., plurality of categories).* |

*Claim Chart – US11468984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | **How does ScanWatch measure blood oxygen levels?**<br><br>ScanWatch is a real watch and also an activity and sleep tracker with ECG functionality. But it also offers blood oxygen as a metric. The ScanWatch SpO2 sensor is located under the body of the watch. It uses the principle of reflection. It emits and then absorbs a red light wave which it sends through the blood vessels in order to analyze the oxygen saturation in the user's blood. ScanWatch has an optical sensor that uses photoplethysmography (PPG) technology. It is based on an elementary principle: blood is red because it reflects red light. ScanWatch therefore uses red and infrared LEDs as well as light-sensitive photodiodes to detect the oxygen saturation in the blood of the veins crossing the wrist. A red LED and an infrared LED light up and radiate through your wrist. The ratio of red to infrared light passing through the ScanWatch photodiode indicates the percentage of oxygenated hemoglobin compared to the deoxygenated hemoglobin in your blood. This oxygen saturation in the blood is also called SpO2.<br><br>Source: https://blog.withings.com/2014/06/12/self-tracking-your-blood-oxygen-level-spo2-what-you-should-know/?_ga=2.200796334.1640634463.1634544343-2020872521.1634544343 |

*Claim Chart – US11468984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  **Source:** https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | Multiple sub scores(i.e., plurality of categories) shown by withings application  **Source:** *https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score* **Heart:** The Heart sub-score tracks your cardiovascular health by analyzing your resting heart rate, your blood pressure, your vascular age and even your ECGs. It provides you with insights into your heart health and helps you take action to improve your cardiovascular fitness. By monitoring your Heart sub-score, you can lower your risk of heart disease, improve your endurance, and maintain a healthy heart. **Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health. |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **1.7**        **wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories,** | *Evidence discloses sleep score, heart score, activity score (specific categories) and they provide a score out of 100 (category specific load levels). Therefore, on information and belief, the mobile end unit consists of an evaluation unit to measure heart score, sleep score etc. Further, since the value or mathematical score is represented on the Withings app (i.e., application), on information and belief the category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean.* <br><br>  <br><br> **Source:** *https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch* |

*Claim Chart - US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| |  **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs:<br><br>• **Duration** (total time spent sleeping)<br>• **Depth** (part of night spent in restorative phases, deep sleep)<br>• **Regularity** (consistency between your bed- and rise-times)<br>• **Interruptions** (time spent awake)<br><br>**Source**: https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep% |
| **1.8** **the evaluation unit is designed for determining the current load level of the user from the biometric data by applying a method carried out in a network of artificial neural networks that includes a plurality of artificial neural networks that interact with each other,** | *Evidence discloses the ScanWatch, which scan vital parameters to detect heart health conditions and represent sleep and other scores out of 100 (i.e., current  load level) on the Withings application used by  the user using AI (artificial intelligence). Thus, on information and belief, a network of artificial neural networks is used that includes a plurality of artificial neural networks that interact with each other.* |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | <br><br>*Source:* https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch<br><br>The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs:<br><br>• **Duration** (total time spent sleeping)<br>• **Depth** (part of night spent in restorative phases, deep sleep)<br>• **Regularity** (consistency between your bed- and rise-times)<br>• **Interruptions** (time spent awake)<br><br>*Source:* https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep% |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | ScanWatch is the first hybrid smartwatch to continuously scan vital parameters to detect heart health conditions and help improve overall fitness. <br><br> Developed with professionals from world-renowned institutions, ScanWatch boasts a medical-grade ECG, an oximeter for SpO2 measures, and an exceptional battery life of up to 30 days. <br><br> Source*: https://www.withings.com/mx/en/scanwatch* <br><br> Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them. <br><br> Source*: https://www.medhealthreview.com/withings-3/* |
| **1.9  a plurality of processors are arranged on the mobile end unit or on the central server, which are designed for calculating the plurality of artificial** | *Evidence discloses the ScanWatch gives daily insight about stress of the user, using artificial intelligence, that detects health conditions. On information and belief, processors are present for the sensor signal processing and for identifying stress score.* <br><br> Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them. <br><br> Source*: https://www.medhealthreview.com/withings-3/* |

*Claim Chart – US 11,468,384 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **neural networks in parallel,** and | |
| **1.10** at least one graphics card with at least one graphics card processor is arranged on the mobile end unit or on the central server and the at least one graphics card processor supports the calculation of the artificial neural networks, and | *Evidence discloses that ScanWatch uses PMOLED display (which necessarily includes a graphic card) to provide information like spo2, ECG, notification, activity, steps, heart rate etc. It is also disclosed that AI (artificial intelligence) is used for sleep analysis. Thus, on information and belief, a graphics card processor is present in ScanWatch (i.e., mobile end unit) and supports the calculation of the artificial neural networks.* <br><br> Display showing information like spo2, BPM, ECG, notifications, activity etc. <br><br>  <br><br> **Source:** https://techpp.com/2020/01/06/withings-scanwatch-price-specs-features/ |

*Claim Chart - US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | In terms of design, the Withings ScanWatch features an analog dial with two hands for hours and minutes, respectively. It includes a subdial that displays your progress towards daily activity goals in percentage. Essentially, the smartwatch has a PMOLED display, which shows a wide range of information like ECG, SpO2, notifications, heart rate, steps, distance, calories, activities, and more. It comes in two screen sizes: 38mm and 42mm, with the 38mm model featuring a 1.6-inch screen and the 42mm model having an ever so slightly bigger 1.65-inch display.<br><br>Source: https://techpp.com/2020/01/06/withings-scanwatch-price-specs-features/<br><br>Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them.<br><br>Source: https://www.medhealthreview.com/withings-3/ |
| **1.11** **wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination** | *Evidence discloses that health improvement score (i.e., consolidated load level) is displayed on the Withings app by using data collected by ScanWatch (i.e., mobile end unit). It is made up (i.e., arithmetic mean or weighted mean) of several sub scores (i.e., category specific load levels) and used to identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels.* |

*Claim Chart – US 11,468,984 B2 vs ScanWatch*

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| **of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels.** | The Health Improvement score is a way for you to track your overall wellness journey as a Withings+ user. It is displayed as a single number on a scale of 1 to 100 and is intended to give you an easily understood snapshot of your current health metrics based on the measurements gathered by your Withings devices! <br><br> Your Health Improvement Score is exclusive to Withings+ users and can be explored at any time by going to the Measure Tab in the Withings App. <br><br> It is made up of several sub-scores, each of which target a different area of your fitness and health! By looking at these sub-scores you can better understanding what you can focus on to improve your overall health score. <br><br> Source: https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score <br><br> Health Improvement Score (i.e., consolidated load level) |

Claim Chart – US 11,468,984 B2 vs ScanWatch

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score  Heart score, sleep score etc. (i.e., category - specific load levels) showing value out of 100  represents the biometric data. **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score  |

| Subject Patent (US11468984B2) | Product (ScanWatch) |
|---|---|
| | **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score <br><br>  <br><br> **Source:** https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |