## 1. MAPPING CHART

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| **Claim 1** <span style="color:green">A device for calculating a current load level of a user</span>, comprising: | *Evidence discloses a ScanWatch Horizon (i.e., device) that monitors sleep score (here can be understood as load level) and displayed a score out of 100 on the Withings app which is used to identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels.*  **Source:** https://www.withings.com/it/en/scanwatch-horizon |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs:<br><br>• **Duration** (total time spent sleeping)<br>• **Depth** (part of night spent in restorative phases, deep sleep)<br>• **Regularity** (consistency between your bed- and rise-times)<br>• **Interruptions** (time spent awake)<br><br>**Source:** https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep%<br><br>You can retrieve the sleep data collected by your ScanWatch in the **Home** screen or in the **Dashboard** view of the Withings App.<br><br><br><br>Sleep Score (here can be understood as load level)<br><br>**Source:** https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |

*Claim Chart US11468984B2 to ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health.<br><br>**Source:**   https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |
| **1.1 A mobile end unit having:** | *Evidence discloses a ScanWatch Horizon (i.e., mobile end unit).*<br><br>**Activity Tracking**<br><br>ScanWatch Horizon seamlessly tracks all your activities, including intense sport sessions. Smart detection and connected GPS give you precise insights.<br><br>**Source:** https://www.withings.com/it/en/scanwatch-horizon |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  **Scanwatch Horizon (i.e., Mobile end unit)** <br><br> **Source**: https://www.withings.com/it/en/scanwatch-horizon |
| **1.2 at least one signal data generating sensor integrated into the mobile end unit,** | *Evidence discloses a ScanWatch Horizon (i.e., mobile end unit) that uses PPG sensor and optical sensor.* |

*Claim Chart US 11,468,984 B2 vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Heart Health Monitoring**<br><br><br><br>**Source:** https://www.withings.com/it/en/scanwatch-horizon |

*Claim Chart US 11,468,984 B2 vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **OPTICAL HEART RATE SENSOR**<br><br>The optical sensor keeps tabs on heart rate consistently, while also conserving battery life by activating periodically around the clock. A notification can be sent to the user in the case of a high or low resting heart rate episode. Continuous heart rate monitoring is activated and recorded when using Workout Mode.<br><br>**PROACTIVE RHYTHM MONITORING**<br><br>ScanWatch monitors heartbeat automatically so it can send notifications if irregular rhythms are detected it will then advise the wearer to record an electrocardiogram (ECG).<br><br>**MEDICAL-GRADE SPO2**<br><br>To deliver the percentage of blood oxygen, or SpO2, ScanWatch uses a multi-wavelength PPG sensor to emit and measure red and infrared reflections of blood vessels in the wrist. Normal SpO2 values vary between 90 and 100%, and readings appear on the watch and in the app.<br><br>**Source***: https://www.withings.com/it/en/scanwatch-horizon* |
| **1.3** <span style="color:red">a plurality of available applications for use by the user</span>, and | *Evidence discloses a ScanWatch Horizon (i.e., mobile end unit) which automatically detect swimming, walking, running, cycling etc. and display notifications like incoming calls, text messages, calendar events, swimming, surf (i.e., plurality of available application used by the user).* |

*Claim Chart US 11,468,984 B2 vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  **Source:** https://www.withings.com/it/en/scanwatch-horizon <br><br> **Source:** https://www.withings.com/it/en/scanwatch-horizon |

*Claim Chart US 11,468,984 B2 vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **How can I track my swimming sessions?**<br>All you have to do is wear your ScanWatch while swimming. It will automatically detect that you're swimming and track your swim without any action required on your part.<br>A few requisites:<br><br>• You have to swim continuously for longer than 10 minutes.<br>• Only swimming activity is tracked. Other exercises performed in the pool, such as water aerobics, are not tracked.<br>• You have to be regular in your movements. For example, your swimming can be impacted if the pool is too crowded, which could, in turn, impact your results.<br><br>**Source***: https://support.withings.com/hc/en-us/articles/360009939817-ScanWatch-What-is-Swim-Tracking-* |

Claim Chart US 11,468,984 B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Your ScanWatch can **automatically** detect the following activities:<br><br>• Walking<br>• Running<br>• Cycling<br>• Tennis<br>• Table Tennis<br>• Squash<br>• Badminton<br>• Weights<br>• Basketball<br>• Soccer<br>• Volleyball<br>• Dance<br>• Boxing |
| | **Source**: https://support.withings.com/hc/en-us/articles/360010024338-ScanWatch-Which-activities-are-detected-by-my-watch- |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|

**Display**

- Analog dial with hands for hours and minutes. Subdial displays progress toward daily activity goal in percentage. The PMOLED screen displays SpO2, irregular rhythm and smartphone notifications, heart rate, steps, floors climbed, distance, calories, activities, and settings.

- Workout mode displays timer and heart rate(continuous tracking).

- Clock menu with alarm, stopwatch and timer.

- Notifications display previews of incoming calls, text messages, calendar events and 100+ apps.

**Source:** https://www.withings.com/it/en/scanwatch-horizon



DIGITAL CROWN
The new pressable crown enables easy selection and the ability to scroll through features.

SMART NOTIFICATIONS
ScanWatch will vibrate and display a preview of smartphone notifications for the apps you want to hear from.

Whatsapp notification (i.e., application use by the user)

Claim Chart US 11,468,984 B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Source**: https://www.withings.com/it/en/scanwatch-horizon |
| **1.4 an evaluation unit provided in the mobile end unit or in a central server,** | *Evidence discloses a ScanWatch Horizon (i.e., mobile end unit) that tracks all activities, including intense sport session. The data collected by ScanWatch Horizon provided in the Withings app as a sleep score. Therefore. On information and belief, an evaluation unit is present in the ScanWatch Horizon (i.e., mobile end unit) for tracking all activities.* <br><br>  <br><br> **Source**: https://www.withings.com/it/en/scanwatch-horizon |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | <br><br>Source: https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch<br><br>The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs:<br><br>• **Duration** (total time spent sleeping)<br>• **Depth** (part of night spent in restorative phases, deep sleep)<br>• **Regularity** (consistency between your bed- and rise-times)<br>• **Interruptions** (time spent awake)<br><br>Source: https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep% |

Claim Chart US 11,468,984 B2 v. ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | 

**Source:** https://www.withings.com/it/en/scanwatch-horizon |
| **1.5 wherein:**<br><br>the mobile end unit has a further application designed for calculating biometric data about the user, at least from the at least one signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user, and making the biometric data available to the evaluation unit, | *Evidence discloses a ScanWatch Horizon (i.e., mobile end unit) having connectivity with the Withings app (i.e., application) designed to represent different sub scores related to the wearer by measuring red and infrared reflections of vessels (i.e., sensor data) produced by the PPG sensor and user data from available application which can be applications like text messages, incoming calls, etc. So, on information and belief, this data is available to the evaluation unit for further evaluations.*<br><br><br><br>**Source:** https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Multiple sub scores shown by withings application<br><br><br><br>**Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

Claim Chart U.S. 11,468,984 B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Heart:** The Heart sub-score tracks your cardiovascular health by analyzing your resting heart rate, your blood pressure, your vascular age and even your ECGs. It provides you with insights into your heart health and helps you take action to improve your cardiovascular fitness. By monitoring your Heart sub-score, you can lower your risk of heart disease, improve your endurance, and maintain a healthy heart.<br><br>**Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health.<br><br>**Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | OPTICAL HEART RATE SENSOR<br><br>The optical sensor keeps tabs on heart rate consistently, while also conserving battery life by activating periodically around the clock. A notification can be sent to the user in the case of a high or low resting heart rate episode. Continuous heart rate monitoring is activated and recorded when using Workout Mode.<br><br>PROACTIVE RHYTHM MONITORING<br><br>ScanWatch monitors heartbeat automatically so it can send notifications if irregular rhythms are detected it will then advise the wearer to record an electrocardiogram (ECG).<br><br>MEDICAL-GRADE SPO2<br><br>To deliver the percentage of blood oxygen, or SpO2, ScanWatch uses a multi-wavelength PPG sensor to emit and measure red and infrared reflections of blood vessels in the wrist. Normal SpO2 values vary between 90 and 100%, and readings appear on the watch and in the app.<br><br>Source: https://www.withings.com/it/en/scanwatch-horizon |

*Claim Chart: US 11,468,984 B2 vs. ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  |

*Claim Chart US 11,468,784 B2 v. ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| **1.6** wherein the biometric data from the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | *Evidence discloses the PPG sensor measures red and infrared reflections in blood vessels and applications like text messages, incoming calls, swimming etc. (i.e., available applications). The Withings app presents multiple sub scores (i.e., plurality of categories) based on data collected by the sensor.*<br><br>OPTICAL HEART RATE SENSOR<br><br>The optical sensor keeps tabs on heart rate consistently, while also conserving battery life by activating periodically around the clock. A notification can be sent to the user in the case of a high or low resting heart rate episode. Continuous heart rate monitoring is activated and recorded when using Workout Mode.<br><br>PROACTIVE RHYTHM MONITORING<br><br>ScanWatch monitors heartbeat automatically so it can send notifications if irregular rhythms are detected it will then advise the wearer to record an electrocardiogram (ECG).<br><br>MEDICAL-GRADE SPO2<br><br>To deliver the percentage of blood oxygen, or SpO2, ScanWatch uses a multi-wavelength PPG sensor to emit and measure red and infrared reflections of blood vessels in the wrist. Normal SpO2 values vary between 90 and 100%, and readings appear on the watch and in the app.<br><br>**Source***: https://www.withings.com/it/en/scanwatch-horizon* |

*Claim Chart: US 11,468,984B2 v. ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  |

**Source***: https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Multiple sub scores(i.e., plurality of categories) shown by withings application<br><br><br><br>Source: https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score<br><br>**Heart:** The Heart sub-score tracks your cardiovascular health by analyzing your resting heart rate, your blood pressure, your vascular age and even your ECGs. It provides you with insights into your heart health and helps you take action to improve your cardiovascular fitness. By monitoring your Heart sub-score, you can lower your risk of heart disease, improve your endurance, and maintain a healthy heart.<br><br>**Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health. |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score<br><br><br><br>**Source:** https://www.withings.com/it/en/scanwatch-horizon<br><br> |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Source***: https://www.withings.com/it/en/scanwatch-horizon* <br><br>  <br><br> Application (swimming, surfing, running etc.) performed by the user <br><br> **Source***: https://www.withings.com/it/en/scanwatch-horizon* |
| **1.7    wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the** | *Evidence discloses information regarding sleep score, heart score, activity score (specific categories) and they provide a score out of 100 (can be inferred as category specific load levels). Therefore, on information and belief, the mobile end unit consists of an evaluation unit to measure heart score, sleep score etc. Furthe,r also as the value or mathematical score is represented on the Withings app (i.e., application) on information and belief the category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean.* |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| **plurality of categories,** | <br><br>Source*: https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch* |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Multiple sub scores (i.e., plurality of categories) <br><br>  <br><br> Heart score, sleep score etc. (i.e., specific categories) showing value out of 100 (here can be considered as arithmetic mean or a weighted mean) represents the biometric data. <br><br> **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

Claim Chart US 11,468,984B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs:<br><br>• **Duration** (total time spent sleeping)<br>• **Depth** (part of night spent in restorative phases, deep sleep)<br>• **Regularity** (consistency between your bed- and rise-times)<br>• **Interruptions** (time spent awake)<br><br>Source*: https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep%* |
| **1.8  the evaluation unit is designed for determining the current load level of the user from the biometric data by applying a method carried out in a network of artificial neural networks that includes a plurality of artificial neural networks that interact with each other,** | *Evidence discloses the ScanWatch Horizon  which scans vital parameters to detect heart health conditions and represents sleep and other scores out of 100 (i.e., current  load level) on the Withings application used by  the user using AI (artificial intelligence). Thus, on information and belief, there are a plurality of artificial neural networks that interact with each other.*<br><br><br>Sleep score (i.e., current load level) |

*Claim Chart US 11,468,984B2vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | **Source**: https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch <br><br> The Sleep score is a very simple and intuitive way to understand how well you slept. It measures every night's sleep and provides a score out of 100 points based on 4 key inputs: <br><br> • **Duration** (total time spent sleeping) <br> • **Depth** (part of night spent in restorative phases, deep sleep) <br> • **Regularity** (consistency between your bed- and rise-times) <br> • **Interruptions** (time spent awake) <br><br> **Source**: https://support.withings.com/hc/en-us/articles/360010082098-ScanWatch-What-is-the-Sleep-score-#:~:text=The%20Sleep% <br><br> ## Activity Tracking <br><br> ScanWatch Horizon seamlessly tracks all your activities, including intense sport sessions. Smart detection and connected GPS give you precise insights. <br><br> **Source**: https://www.withings.com/it/en/scanwatch-horizon <br><br> Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them. <br><br> **Source**: https://www.medhealthreview.com/withings-3/ |

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| **1.9** *a plurality of processors are arranged on the mobile end unit or on the central server, which are designed for calculating the plurality of artificial neural networks in parallel,* and | *Evidence discloses the ScanWatch Horizon gives daily insights about stress of the user using artificial intelligence that detects health conditions. As for the AI processor, on information and belief the processor is present for the sensor signal processing and identifying stress score.*<br><br>Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them.<br><br>**Source:** https://www.medhealthreview.com/withings-3/ |
| **1.10** *at least one graphics card with at least one graphics card processor is arranged on the mobile end unit or on the central server and the at least one graphics card processor supports the calculation of the artificial neural networks,* and | *Evidence discloses that ScanWatch Horizon uses PMOLED display (which necessarily includes a graphic card) to provide information like spo2, irregular rhythm, notification, activity, steps, heart rate etc. It is also disclosed that AI (artificial intelligence) is used for sleep analysis. Thus, on information and belief, a graphics card processor is present in ScanWatch Horizon (i.e., mobile end unit) and supports the calculation of the artificial neural networks.*<br><br><br><br>Display showing activity |

Claim Chart US 11,468,984 B2 of *ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Source*: https://www.withings.com/it/en/scanwatch-horizon*  Source*: https://www.withings.com/it/en/scanwatch-horizon*  |

Claim Chart US 11,468,984B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Source: https://www.withings.com/it/en/scanwatch-horizon<br><br>Steel HR tracks light and deep sleep cycles, duration, and quality using the Sleep Score in sleep. Also, the Smart Wakeup feature can wake the user up at the ideal time for the sleep cycle. "The accelerometer, paired with heart rate, allows a comprehensive and detailed analysis of your night. Our proprietary AI has been calibrated with a sleep laboratory in Manheim, Germany, and with Beclere Hospital in France, using polysomnography, considered the gold standard for sleep analysis. As a result, sleep tracking helps you understand your night and make choices that can improve them.<br><br>Source: https://www.medhealthreview.com/withings-3/ |
| **1.11** wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels. | Evidence discloses that health improvement score (i.e., consolidated load level) is displayed on the Withings app by using data collected by ScanWatch Horizon (i.e., mobile end unit). Health improvement score (i.e., consolidated load level) is made up (i.e., arithmetic mean or weighted mean) of several sub scores (i.e., category specific load levels) and used  to identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels.<br><br>The Health Improvement score is a way for you to track your overall wellness journey as a Withings+ user. It is displayed as a single number on a scale of 1 to 100 and is intended to give you an easily understood snapshot of your current health metrics based on the measurements gathered by your Withings devices!<br><br>Your Health Improvement Score is exclusive to Withings+ users and can be explored at any time by going to the Measure Tab in the Withings App.<br><br>It is made up of several sub-scores, each of which target a different area of your fitness and health! By looking at these sub-scores you can better understanding what you can focus on to improve your overall health score. |

*Claim Chart U.S. 11,468,984B2 vs ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| | Source*:* https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score<br><br><br><br>Source*:* https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

Claim Chart U.S. 11,468,984B2 vs ScanWatch Horizon

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  Heart score, sleep score etc. (i.e., category - specific load levels) showing value out of 100 represents the biometric data. **Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score<br><br>**Heart:** The Heart sub-score tracks your cardiovascular health by analyzing your resting heart rate, your blood pressure, your vascular age and even your ECGs. It provides you with insights into your heart health and helps you take action to improve your cardiovascular fitness. By monitoring your Heart sub-score, you can lower your risk of heart disease, improve your endurance, and maintain a healthy heart.<br><br>**Sleep:** The Sleep sub-score measures the duration and quality of your sleep, giving you insights into your sleep habits and their impact on your overall health. By monitoring your Sleep sub-score, you can identify areas for improvement and make positive changes to your sleep habits, leading to reduced stress levels, improved mood, and better overall health.<br><br>**Source:** https://support.withings.com/hc/en-us/articles/15547200464273-Withings-Learn-more-about-your-Health-Improvement-Score |

*Claim Chart US 11,468,984 B2 of ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  |
| | **Source:** https://support.withings.com/hc/en-us/articles/360010081658-ScanWatch-Tracking-my-sleep-with-my-watch |

*Claim Chart US 11,468,984 B2 v. ScanWatch Horizon*

| Subject Patent (US11468984B2) | Product (ScanWatch Horizon) |
|---|---|
| |  **Source***: https://www.withings.com/it/en/scanwatch-horizon#:~:text=ScanWatch%20tracks%20your%20sleep%20cycles,you%20can%20view%20your%20trends. |