IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**WITHINGS S.A.,**<br><br>Defendant. | Case No. 2:23-cv-00610-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**JOINT STIPULATION CONFIRMING WAIVER OF SERVICE OF SUMMONS**

Plaintiff Mobile Health Innovative Solutions, LLC ("MHIS") and Defendant Withings S.A. ("Defendant") respectfully file this Stipulation Confirming Waiver of Service of Summons under FRCP 4(d), and state as follows:

• Defendant is a company organized and existing under the laws of France.

• On January 29, 2024, the Summons issued in this case was served on Defendant's U.S. subsidiary, Withings, Inc.

• On February 20, 2024, this Court granted Defendant's unopposed first application for a 30 day extension of time to answer the complaint, which set the deadline to March 18, 2024.

• On March 14, 2024, counsel for Defendant and counsel for MHIS met and conferred, during which counsel for Defendant asserted that the service on Defendant's U.S. affiliate was not sufficient as to Defendant. However, counsel for Defendant agreed to waive service under FRCP 4(d).

Thus, the Parties jointly stipulate that waiver of service of summons as to Defendant took place on March 14, 2024, and that Defendant's time to answer under FRCP 4(d)(3) is 90 days from the date of the Parties' meet and confer, which is up to and including June 12, 2024.

Dated:  March 18, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 89-2244

**COUNSEL FOR PLAINTIFF**

/s/ *Bryan P. Collins*

Bryan P. Collins
Virginia Bar No. 46762
bryan.collins@pillsburylaw.com

**Pillsbury Winthrop Shaw Pittman LLP**
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102
Telephone: 703.770.7900
bryan.collins@pillsburylaw.com
Virginia Bar No. 46762

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties met on March 14, 2024, and counsel for Withings, S.A. is in agreement with this joint stipulation.

*/s/ Randall Garteiser*
Randall Garteiser