# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,** <br><br> Plaintiff <br><br> v. <br><br> **WITHINGS S.A.,** <br><br> Defendant. | Case No. 2:23-cv-00610-JRG <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Mobile Health Innovative Solutions, LLC ("MHIS") and Defendant Withings S.A. ("Withings") (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

MHIS and Withings have reached an agreement in principle to settle all matters in controversy between MHIS and Withings. The Parties respectfully request a stay of all case deadlines in this case for thirty (30) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth.

Dated: June 12, 2024               Respectfully submitted,

                                              */s/ Randall Garteiser*
                                              Randall Garteiser
                                                  Texas Bar No. 24038912
                                                  rgarteiser@ghiplaw.com
                                              M. Scott Fuller
                                                  Texas Bar No. 24036607
                                                  sfuller@ghiplaw.com

                                           **GARTEISER HONEA, PLLC**
                                           119 W. Ferguson Street
                                           Tyler, Texas 75702
                                           Telephone: (903) 705-7420
                                           Facsimile: (903) 405-3999

                                           René A. Vazquez
                                           Virginia Bar No. 41988
                                           rvazquez@sinergialaw.com

                                           **SINERGIA TECHNOLOGY**
                                           **LAW GROUP, PLLC**
                                           18295 St. Georges Ct.
                                           Leesburg, Virginia 20176
                                           Telephone: (703) 89-2244

                                           **COUNSEL FOR PLAINTIFF**


                                           /s/ *Bryan P. Collins*

                                           Bryan P. Collins
                                           Virginia Bar No. 46762
                                           bryan.collins@pillsburylaw.com

                                           **Pillsbury Winthrop Shaw Pittman LLP**
                                           1650 Tysons Boulevard, 14th Floor
                                           McLean, VA 22102
                                           Telephone: 703.770.7900
                                           bryan.collins@pillsburylaw.com
                                           Virginia Bar No. 46762

                                           **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff met and conferred with counsel for Defendant on June 11, 2024. The Parties jointly request the relief sought herein.

>						*/s/ Randall Garteiser*
>						Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

>						*/s/ Randall Garteiser*
>						Randall Garteiser