# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00610-JRG |
| WITHINGS S.A., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Mobile Health Innovative Solutions, LLC and Defendant Withings S.A. (collectively, "the Parties"). (Dkt. No. 7.) In the Motion, the Parties represent that they "have reached an agreement in principle to settle all matters in controversy." (*Id*. at 1.) Accordingly, the Parties request a 30-day stay "while the Parties finalize a settlement agreement and file dismissal documents with the Court." (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 30 days, up to and including July 13, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 14th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE