# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**WITHINGS S.A.,**<br><br>Defendant. | Case No. 2:23-cv-00610-JRG<br><br>**PATENT CASE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mobile Health Innovative Solutions, LLC and Defendant Withings S.A. hereby stipulate to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  July 29, 2024

| | |
|---|---|
| /s/ *Randall Garteiser*<br>Randall Garteiser<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br>Facsimile: (903) 405-3999<br><br>*Counsel for Plaintiff* | /s/ *Bryan P. Collins*<br>Bryan P. Collins<br>Virginia Bar No. 46762<br>bryan.collins@pillsburylaw.com<br><br>**Pillsbury Winthrop Shaw Pittman LLP**<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102<br>Telephone: 703.770.7900<br>bryan.collins@pillsburylaw.com<br>Virginia Bar No. 46762<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system.  Those counsel not registered with the Court's system will receive service via electronic and U.S. Mail.

*/s/ Randall Garteiser*
Randall Garteiser