# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> WITHINGS S.A., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 2:23-CV-00610-JRG <br> § <br> § <br> § <br> § <br> § |

## **ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Mobile Health Innovative Solutions, LLC and Defendant Withings S.A. (collectively, the "Parties"). (Dkt. No. 10.) In the Stipulation, the Parties agree to dismiss with prejudice "all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees." (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all infringement claims and causes of action that were or could have been asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

2

**So ORDERED and SIGNED this 31st day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE